Order issued October 5 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01274-CR

### DANA M. DIGUETTE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

Appellant was convicted of the class C misdemeanor offense of contributing to the non-attendance of her child at school. *See* TEX. EDUC. CODE ANN. § 25.093. A fine of $400 was imposed. Appellant's brief was due by October 2, 2011. Appellant, who is representing herself in this appeal, has neither filed a brief nor communicated with the Court regarding the appeal.

Accordingly, this Court **ORDERS** appellant to file her brief by **OCTOBER 31, 2012.** If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Dana M. Diguette, 3901 Cambridge Drive, Garland, Texas 75043.

DAVID L. BRIDGES
JUSTICE